THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDEZA INTERNATIONAL, LTD., a Bermuda corporation, and MAXWELL and MARJORIE WARD, husband and wife,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DELTA MARINE INDUSTRIES, INC., a Washington corporation, and LEVITON MANUFACTURING COMPANY, INC., a Delaware corporation,<br><br>　　　　　　　　Defendant.<br><br>RE | Case No. C07-1479 JCC<br><br>STIPULATION OF PARTIES |

It is hereby agreed and stipulated by and between the parties hereto that the attached agreed deadlines applicable to this case are as follows:

| | |
|---|---|
| Plaintiff's electrical expert disclosure and Reports due | November 10, 2009 |
| Defendants expert disclosure and Reports due | January 10, 2010 |
| Deadline hand serve discovery | January 10, 2010 |
| Deadline to file discovery motions, mediation deadline (per Local Rule CR 16(f). | January 17, 2010 |
| Disclosure of rebuttal expert witnesses and reports | February 16, 2010 |
| Discovery cutoff-deadline for filing dispositive motions; plaintiff's pretrial statement (per Local | March 20, 2010 |

STIPULATION OF PARTIES - 1
Case No. C07-1479 JCC

HOLMES WEDDLE & BARCOTT
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

| | |
|---|---|
| Rule CR 16(h)). | |
| Defendants pretrial statement due per Local Rule CR 16(h).; review of exhibits prior to attorney conference per Local Rule CR 16(j). | March 20, 2010 |
| Submit exhibit list five days before Conf. of Attys, (per Local Rule CR 16(j)). Exchange proposed Jury Instructions (per Local Rule CR 51(q)). | April 25, 2010 |
| Conference of attorneys | April 30, 2010 |
| Pretrial order lodging date (per Local Rule CR 16(e)). Pretrial conference to be set at discretion of Court | April 20, 2010 |
| Trial briefs and proposed voir dire/jury instructions due per Local Rule CR 47(a). | April 20, 2010 |
| Trial date | May 3, 2010 |

DATED this 8TH day of June, 2009.

HOLMES WEDDLE & BARCOTT, P.C.

_____
Michael H. Williamson, WSBA #4185
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile:  (206) 340-0289
Email: mwilliamson@hwb-law.com
Attorney for Plaintiff

DATED this 8TH day of June, 2009.

GARDNER BOND TRABOLSI

_____
Ronald C. Gardner, WSBA#9270    Per authority
2200 6TH Avenue, Suite 600      by E-mail
Seattle, WA 98121
Telephone: 206-256-6309
Facsimile: 206-256-6318
Email: rgardner@gardnerbond.com

STIPULATION OF PARTIES - 2
Case No. C07-1479 JCC

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.

Attorney for Defendant Leviton

DATED this _8th_ day of _June_, 2009.

BAUER MOYNIHAN & JOHNSON, LLP

_/s/_ (per E-mail authority)

Donald K. Mclean, WSBA #24158
2101 Fourth Avenue, Suite 2400
Seattle, WA 98121
Telephone: 206-443-3400
Facsimile: 206-448-9076
Email: dkmclean@bmjlaw.com
Attorney for Defendants Delta Marin

G:\4923\21711\Pldg\Stip & Order re Deadlines 5-29-09.doc

STIPULATION OF PARTIES - 3
Case No. C07-1479 JCC

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008

1. CERTIFICATE OF SERVICE

2. The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the

3. _8th_ day of _June_, 2009, the foregoing was electronically filed with the Clerk

4. of Court using the CM/ECF system, which will send notification of such filing to the following:

5.

6. **Attorney for Defendant Delta Marine Industries, Inc.**
Donald K. Mclean
Bauer Moynihan & Johnson, LLP

7. 2101 Fourth Avenue, Suite 2400
Seattle, WA 98121

8.

9. **Attorney for Defendant Leviton Manufacturing Co.**
Ronald C. Gardner
Gardner Bond Trabolsi McDonald & Clement

10. 2200 6TH Avenue, Suite 600
Seattle, WA 98121

11.

12.

13. _/s/ Tanya Garbell_
Tanya Garbell

14.

15.

16. G:\4923\21711\Pldg\Stip & Order re Deadlines 5-29-09.doc

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

STIPULATION OF PARTIES - 4
Case No. C07-1479 JCC

**HOLMES WEDDLE & BARCOTT**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WASHINGTON 98104-4011
TELEPHONE (206) 292-8008